(PC) Gomes v. Casey

1

2

3

4

5

6

7

8                     United States District Court

9                    Eastern District of California

10

11

12  Joe Marcos Gomes,

13          Plaintiff,              No. Civ. S 05-1916 FCD PAN P

14      vs.                         Notice

15  Edward S. Alameida, Jr.,

16          Defendant.

17                            -oOo-

18      Plaintiff is a prisoner, without counsel, seeking leave to

19  commence an action against prison officials for civil rights

20  violations in forma pauperis pursuant to 28 U.S.C. § 1915(a).

21  This proceeding was referred to this court by Local Rule 72-302

22  pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C.

23  § 1915(b)(1), plaintiff must pay the $250 filing fee required by

24  28 U.S.C. § 1914(a).  No initial partial filing fee has been

25  assessed.  However, plaintiff must make monthly payments of 20

26  percent of the preceding month's income credited to his trust

Dockets.Justia.com

fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from plaintiff's account to the clerk of the court each time the amount in the account exceeds $10 until the filing fee is paid.

The clerk of the court shall serve a copy of this notice and a copy of plaintiff's in forma pauperis application upon the Director of the California Department of Corrections and deliver a copy of this notice to the clerk's financial division.

Dated:  November 17, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge