United States District Court

Eastern District of California

Joe Marcos Gomes,

     Plaintiff,                  No. Civ. S 05-1916 FCD PAN P

  vs.                      Order

Edward S. Alamedia, Jr.,

     Defendants.

-oOo-

January 3, 2005, plaintiff requested an extension of time to file a first-amended complaint.  Good cause appearing, plaintiff's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  January 10, 2006.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge