IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE MARCOS GOMES,

    Plaintiff,               No. CIV S-05-1916 FCD PAN P

    vs.

D. CASEY,

    Defendant.             <u>ORDER</u>

                                   /

On July 21, 2006, defendant filed a motion to dismiss accompanied by a certificate of service attesting to service on plaintiff by mail. However, the certificate of service was not signed. Accordingly, defendant will be directed to file a signed certificate of service within fifteen days.

IT IS HEREBY ORDERED that within fifteen days from the date of this order, defendant shall file a signed certificate of service attesting to service by mail on plaintiff.

DATED: July 27, 2006.

                                              UNITED STATES MAGISTRATE JUDGE

/001; gome1916.cos

1