IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE MARCOS GOMES,

    Plaintiff,                          No. CIV S-05-1916 FCD PAN P

    vs.

D. CASEY,

    Defendant.                         <u>ORDER</u>

_____/

        On July 26, 2006, this court recommended dismissal of this action without prejudice based on plaintiff's failure to provide forms for service of process on defendant Casey. On August 8, 2006, plaintiff filed a request for reconsideration, noting that plaintiff provided service forms in February. Moreover, on July 21, 2006, defendant Casey filed a motion to dismiss. Good cause appearing, plaintiff's request will be granted and the July 26, 2006 findings and recommendations will be vacated.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's August 8, 2006 request for reconsideration is granted; and

        2. The July 26, 2006 findings and recommendations are vacated.

DATED: August 17, 2006.

                                          UNITED STATES MAGISTRATE JUDGE

/001; gome1916.vac