IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE MARCOS GOMES,

        Plaintiff,                     No. CIV S-05-1916 FCD EFB P

    vs.

D. CASEY,

        Defendant.              <u>ORDER</u>

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file an opposition to defendant's motion to dismiss. *See* Fed. R. Civ. P. 6(b).

       Plaintiff's September 13, 2006, request is granted and plaintiff has 30 days from the date this order is served to file an opposition to defendant's motion to dismiss.

       So ordered.

Dated: November 1, 2006.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE