IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE MARCOS GOMES,

        Plaintiff,                        No. CIV S-05-1916 FCD EFB P

     vs.

D. CASEY,

        Defendant.                  FINDINGS AND RECOMMENDATIONS

_____/

       Plaintiff is a state prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983.

       On July 21, 2006, defendant Casey moved to dismiss this action upon the ground that plaintiff failed to exhaust available administrative remedies. *See Wyatt v. Terhune*, 315 F.3d 1108, 1119 (9th Cir. 2003). On September 12, 2006, the court informed plaintiff that failure to file a written opposition or a statement of no opposition may be deemed a waiver of any opposition to the motion. The court gave plaintiff 30 additional days to file either an opposition or statement of no opposition and warned him that failure to do so could result in dismissal. *See* Fed. R. Civ. P. 41(b). On November 2, 2006, the court granted plaintiff yet another 30-day extension of time to comply.

////

1     Time to comply with the September 12, 2006, order has passed, and plaintiff has not filed an opposition or a statement of no opposition or otherwise responded to the order.

    Accordingly, it is RECOMMENDED that this action be dismissed without prejudice. Fed. R. Civ. P. 41(b).

    These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  December 18, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE